# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KRISTINE MICHELLE TOLLADAY, <br><br> Plaintiff, <br><br> v. <br><br> DECATUR RADIOLOGY PHYSICIAN SERVICES CORPORATION, <br><br> Defendant. | CASE NO. 2:16-cv-02338-CSB-EIL <br><br> Honorable Colin Stirling Bruce <br><br> Magistrate Honorable Eric I. Long |

## NOTICE OF SETTLEMENT

TO THE COURT:

The Parties hereby submit this Notice of Settlement to inform the Court that the instant proceeding has been settled and the Parties are in the process of executing the associated documents. The Parties request 45 days in which to file the stipulated dismissal.

Dated: February 13, 2017                                   Respectfully Submitted,

/s/ Daniel M. Spector
Daniel M. Spector
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000

**CERTIFICATE OF SERVICE**

   I, Daniel M. Spector, an attorney, certify that on February 13, 2017, I caused the foregoing **Notice of Settlement** to be served upon the Defendant, Decatur Radiology Physician Services Corporation via the Court's electronic notification system, CM/ECF.

              /s/ Daniel M. Spector
              Daniel M. Spector, Esq. #6310224
              David S. Klain, Esq. #66305
              Counsel for Plaintiffs
              Admitted in the Central District of Illinois
              Consumer Law Partners, LLC
              435 N. Michigan Ave., Suite 1609
              Chicago, Illinois 60611
              (267) 422-1000 (phone)
              (267) 422-2000 (fax)