# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KRISTINE MICHELLE TOLLADAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:16-cv-02338-CSB-EIL |
| | ) |
| | ) Honorable Judge Colin Stirling Bruce |
| DECATUR RADIOLOGY PHYSICIAN | ) |
| SERVICES CORPORATION, | ) Magistrate Judge Eric I. Long |
| | ) |
| Defendant, | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: February 27, 2017                                  Respectfully Submitted,

/s/ Isaac J. Colunga                                      /s/ Daniel M. Spector
Isaac J. Colunga                                          Daniel M. Spector
Counsel for Defendant                                     Counsel for Plaintiff
Ice Miller, LLP                                           Consumer Law Partners, LLC
200 W. Madison Street                                     435 N. Michigan Avenue
Suite 500                                                 Suite 1609
Chicago, IL 60606                                         Chicago, IL 60611
Phone: (312) 726-7157                                     Phone: (267) 422-1000
Email: isaac.colunga@icemiller.com                        Fax: (267) 422-2000

## CERTIFICATE OF SERVICE

      I, Daniel M. Spector, an attorney, certify that on February 27, 2017, I caused the foregoing **Agreed Stipulation of Dismissal with Prejudice** to be served upon the Defendant, Decatur Radiology Physicians Services Corporation, via the Court's electronic notification system, CM/ECF.

      /s/ Daniel M. Spector
Daniel M. Spector, Esq. #6310224
David S. Klain, Esq. #66305
Counsel for Plaintiffs
Admitted in the Northern District of Illinois
Consumer Law Partners, LLC
435 N. Michigan Ave., Suite 1609
Chicago, Illinois 60611
(267) 422-1000 (phone)
(267) 422-2000 (fax)